UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAANAPALI KAI CHARTERS, INC.,

    Plaintiff,

    v.

KITSAP CATAMARANS LLC; RUDOLPH OELOFSE; DOE DEFENDANTS 1-5,

    Defendants.

Case No. 07-5607 KLS

ORDER DENYING DEFENDANTS' MOTION TO DISMISS

    This matter comes before the court on the Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss for Failure to State a Claim and Motion to Strike Doe Defendants. (Dkt. #13). The Plaintiff filed its opposition to the motion. (Dkt. #20).

    Initially, the Court reminds defense counsel that all pleadings filed in this matter require the signature of local counsel. *See* Local Rule GR 2(d).

    By separate order, the undersigned has ordered the parties to arbitrate their dispute and has stayed this matter pending the results of that arbitration. The Defendants' motions are therefore **DENIED** as they are moot.

    DATED this 11th day of March, 2008.

                                  /s/ Karen L. Strombom
                                  Karen L. Strombom
                                  U.S. Magistrate Judge