1

2

3                    UNITED STATES DISTRICT COURT
4                WESTERN DISTRICT OF WASHINGTON
                          AT TACOMA
5

6   KAANAPALI KAI CHARTERS, INC.,

7                                              No. 07-5607 KLS
                        Plaintiff,
8        v.                                    ORDER DIRECTING CLERK OF COURT
                                               TO ENTER A STATISTICAL
9   KITSAP CATAMARANS LLC; RUDOLPH             TERMINATION
    OELOFSE; DOE DEENDANTS 1-5,
10
11                      Defendants.

12

13          The Court directs the Clerk to enter the following Minute Order:

14          Pursuant to the Notice of Pendency of Cases under Chapter 11 of the Federal Bankruptcy

15   code and of Automatic Stay, this matter will remain in an inactive status for a substantial period

16   of time, therefore, the court hereby orders the Clerk of Court to enter a statistical termination of

17   the case.

18
            Counsel should note that this termination is intended solely to remove this matter from
19
     the court's docket of active pending case in order to alleviate congestion of the court's docket.
20
     At such times as the parties deem this litigation to be in a posture to proceed before this court,
21
     they shall file a motion to reopen and the matter will proceed.  The motion to reopen shall be
22
     filed in the above-referenced cause number, no additional filing fees are required.  For purposes
23
     of statutes of limitations, the court deems the filing date of this litigation to be and to remain the
24
     original filing date of the above-entitled case.
25

26
     ORDER DIRECTING CLERK OF COURT
     TO ENTER A STATISTICAL TERMINATION - 1

1       The foregoing Minute Order was entered by Patti Hickey, Judicial Assistant, this 20th

2 day of April, 2009, BY DIRECTION OF THE HONORABLE KAREN L. STROMBOM,

3 UNITED STATES MAGISTRATE JUDGE.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DIRECTING CLERK OF COURT
TO ENTER A STATISTICAL TERMINATION - 2